**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
548 Market St., #80594
San Francisco, CA 94104
Telephone:  (415) 488-8041
Facsimile:  (415) 651-9700
*Attorneys for Plaintiff*,
William Lyall McRae

# UNITED STATES DISTRICT COURT
## FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM LYALL MCRAE,** <br><br> Plaintiff, <br><br> v. <br><br> **VENGROFF WILLIAMS, INC.,** <br><br> Defendant. | **Case No.:** 8:22-cv-00915-DFM <br><br> *HON. MAG. DOUGLAS F. MCCORMICK* <br><br> **NOTICE OF SETTLEMENT** |

///

///

///

///

**NOTICE OF SETTLEMENT**

1  **TO THE COURT:**

2      The Plaintiff, through counsel, hereby submits this Notice of Settlement to
3  notify the Court that the lawsuit has been settled, and respectfully requests that the
4  Court grant Plaintiff until July 8, 2022 to file the expected Notice of Voluntary
5  Dismissal.

6

7  Respectfully submitted,

8                                                  **THE CARDOZA LAW CORPORATION**

9  DATED:  July 5, 2022          BY: /s/ LAUREN B. VEGGIAN
10                                             MICHAEL F. CARDOZA, ESQ.
11                                             LAUREN B. VEGGIAN, ESQ.
12                                             ATTORNEYS FOR PLAINTIFF,
                                              WILLIAM LYALL MCRAE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I, Lauren B. Veggian, am the ECF user whose identification and password are being used to file this document.

I also hereby certify that on July 5, 2022, I electronically filed a true and correct copy of the foregoing NOTICE OF SETTLEMENT with the Clerk of the Court for the United States District Court of California for the Central District of California using the CM/ECF system. I also certify that all participants in this case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

**THE CARDOZA LAW CORPORATION**

DATED: July 5, 2022

BY: /s/ Lauren B. Veggian
Lauren B. Veggian, Esq.
Attorney for Plaintiff
William Lyall McRae